```
PAY-FR308-059PL111                                                                                          PAGE   5
GENECKHS      BRANCH 01                    FR308    FOREST RIVER MANUFACTURING LLC
CURRENT DATE  09/26/2018    14:22:13              EMPLOYEE CHECK HISTORY               FOR CHECKS DATED: 04/01/2018 - 12/31/2018
```

| EMPLOYEE INFORMATION | DESC | RATE | HOURS | AMOUNT | DESC | HOURS | AMOUNT | DESC | AMOUNT | DESC | GROSS | TAXABLE | AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CORDERO, RAUL E | REGULAR | 13.000 | 65.250 | 848.25 | | | | 401K % | 36.53 | F.I.T. | 1217.65 | 1066.43 | 84.41 | CHECK DT | 08/10/2018 |
| R-001 | OVERTIME | | 25.250 | 197.40 | | | | 401K IN | 29.36 | MHI | 1217.65 | 1102.96 | 15.99 | CHECK NO | DEPOSIT |
| LOCN 018 | HITCH | | | 172.00 | | | | ACCIDENT | 8.27 | EESOCSEC | 1217.65 | 1102.96 | 68.38 | GROSS | 1217.65 |
| DEPT 001860 | | | | | | | | CI | 24.93 | GA STATE | 1217.65 | 1066.43 | 55.52 | NET TOT | 767.23 |
| EMPL# 010133929 | | | | | YTD EARN | | 36954.11 | DENPRETX | 8.15 | | | | | DIR DEP | 767.23 |
| SSNO ████9974 | | | | | | | | MEDPRETX | 103.00 | | | | | CHK TOT | 0.00 |
| | | | | | | | | UNV LIFE | 12.34 | | | | | | |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 717.23 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| | REGULAR | 13.000 | 60.000 | 780.00 | | | | 401K % | 37.66 | F.I.T. | 1255.33 | 1102.98 | 88.80 | CHECK DT | 08/17/2018 |
| R-001 | OVERTIME | | 20.000 | 179.33 | | | | ACCIDENT | 8.27 | MHI | 1255.33 | 1140.64 | 16.54 | CHECK NO | DEPOSIT |
| HIRED 10/27/2014 | HITCH | | | 296.00 | | | | CI | 24.93 | EESOCSEC | 1255.33 | 1140.64 | 70.72 | GROSS | 1255.33 |
| REHIRE | | | | | | | | DENPRETX | 8.15 | GA STATE | 1255.33 | 1102.98 | 57.72 | NET TOT | 823.66 |
| TERMD | | | | | YTD EARN | | 38209.44 | MEDPRETX | 103.00 | | | | | DIR DEP | 823.66 |
| STATUS Full Time | | | | | | | | UNV LIFE | 12.34 | | | | | CHK TOT | 0.00 |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 773.66 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| | REGULAR | 13.000 | 58.500 | 760.50 | | | | 401K % | 34.14 | F.I.T. | 1137.85 | 989.02 | 75.12 | CHECK DT | 08/24/2018 |
| R-001 | OVERTIME | | 18.500 | 155.35 | | | | ACCIDENT | 8.27 | MHI | 1137.85 | 1023.16 | 14.84 | CHECK NO | DEPOSIT |
| | HITCH | | | 222.00 | | | | CI | 24.93 | EESOCSEC | 1137.85 | 1023.16 | 63.44 | GROSS | 1137.85 |
| | | | | | | | | DENPRETX | 8.15 | GA STATE | 1137.85 | 989.02 | 50.88 | NET TOT | 739.20 |
| | | | | | YTD EARN | | 39347.29 | MEDPRETX | 103.00 | | | | | DIR DEP | 739.20 |
| | | | | | | | | UNV LIFE | 12.34 | | | | | CHK TOT | 0.00 |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 689.20 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| | REGULAR | 13.000 | 64.000 | 832.00 | | | | 401K % | 36.84 | F.I.T. | 1227.88 | 1076.35 | 85.60 | CHECK DT | 08/31/2018 |
| R-001 | OVERTIME | | 24.000 | 193.88 | | | | ACCIDENT | 8.27 | MHI | 1227.88 | 1113.19 | 16.14 | CHECK NO | DEPOSIT |
| | HITCH | | | 202.00 | | | | CI | 24.93 | EESOCSEC | 1227.88 | 1113.19 | 69.02 | GROSS | 1227.88 |
| | | | | | | | | DENPRETX | 8.15 | GA STATE | 1227.88 | 1076.35 | 56.12 | NET TOT | 803.93 |
| | | | | | YTD EARN | | 40575.17 | MEDPRETX | 103.00 | | | | | DIR DEP | 803.93 |
| | | | | | | | | UNV LIFE | 12.34 | | | | | CHK TOT | 0.00 |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 753.93 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| | REGULAR | 13.000 | 56.500 | 734.50 | | | | 401K % | 34.54 | F.I.T. | 1151.17 | 1001.94 | 76.68 | CHECK DT | 09/07/2018 |
| R-001 | OVERTIME | | 16.500 | 146.67 | | | | ACCIDENT | 8.27 | MHI | 1151.17 | 1036.48 | 15.03 | CHECK NO | DEPOSIT |
| | HITCH | | | 270.00 | | | | CI | 24.93 | EESOCSEC | 1151.17 | 1036.48 | 64.26 | GROSS | 1151.17 |
| | | | | | | | | DENPRETX | 8.15 | GA STATE | 1151.17 | 1001.94 | 51.65 | NET TOT | 748.78 |
| | | | | | YTD EARN | | 41726.34 | MEDPRETX | 103.00 | | | | | DIR DEP | 748.78 |
| | | | | | | | | UNV LIFE | 12.34 | | | | | CHK TOT | 0.00 |

```
PAY-FR308-059PL111                                                                                                                          PAGE  6
GENECKHS      BRANCH 01            FR308    FOREST RIVER MANUFACTURING LLC
CURRENT DATE 09/26/2018  14:22:13          EMPLOYEE CHECK HISTORY                    FOR CHECKS DATED: 04/01/2018 - 12/31/2018
```

| EMPLOYEE INFORMATION | DESC | RATE | EARNINGS THIS PAY HOURS | AMOUNT | DESC | HOURS | AMOUNT | DEDUCTIONS/ACH DESC | AMOUNT | DESC | TAXES WITHHELD GROSS | TAXABLE | AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 698.78 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| CORDERO, RAUL E | REGULAR | 13.000 | 47.250 | 614.25 | | | | 401K % | 33.43 | F.I.T. | 1114.23 | 966.11 | 72.38 | CHECK DT | 09/14/2018 |
| R-001 | OVERTIME | | 7.250 | 71.98 | | | | ACCIDENT | 8.27 | MHI | 1114.23 | 999.54 | 14.49 | CHECK NO | DEPOSIT |
| LOCN 018 | HOLIDAY | 13.000 | 8.000 | 104.00 | | | | CI | 24.93 | EESOCSEC | 1114.23 | 999.54 | 61.97 | GROSS | 1114.23 |
| DEPT 001860 | HITCH | | | 324.00 | | | | DENPRETX | 8.15 | GA STATE | 1114.23 | 966.11 | 49.51 | NET TOT | 722.22 |
| EMPL# 010133929 | | | | | YTD EARN | | 42840.57 | MEDPRETX | 103.00 | | | | | DIR DEP | 722.22 |
| SSNO 8974 | | | | | | | | UNV LIFE | 12.34 | | | | | CHK TOT | 0.00 |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 672.22 | | | | | | |
| HIRED 10/27/2014 | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| REHIRE | | | | | | | | | | | | | | | |
| TERMD | | | | | | | | | | | | | | | |
| STATUS Full Time | REGULAR | 13.000 | 57.250 | 744.25 | | | | 401K % | 34.67 | F.I.T. | 1155.55 | 1006.19 | 77.19 | CHECK DT | 09/21/2018 |
| R-001 | OVERTIME | | 17.250 | 151.30 | | | | 401K IN | 30.59 | MHI | 1155.55 | 1040.86 | 15.09 | CHECK NO | DEPOSIT |
| | HITCH | | | 260.00 | | | | ACCIDENT | 8.27 | EESOCSEC | 1155.55 | 1040.86 | 64.53 | GROSS | 1155.55 |
| | | | | | | | | CI | 24.93 | GA STATE | 1155.55 | 1006.19 | 51.91 | NET TOT | 721.34 |
| | | | | | YTD EARN | | 43996.12 | DENPRETX | 8.15 | | | | | DIR DEP | 721.34 |
| | | | | | | | | MEDPRETX | 103.00 | | | | | CHK TOT | 0.00 |
| | | | | | | | | UNV LIFE | 12.34 | | | | | | |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 671.34 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| | REGULAR | 13.000 | 57.750 | 750.75 | | | | 401K % | 36.23 | F.I.T. | 1207.61 | 1056.69 | 83.25 | CHECK DT | 09/28/2018 |
| R-001 | OVERTIME | | 17.750 | 160.86 | | | | 401K IN | 30.59 | MHI | 1207.61 | 1092.92 | 15.85 | CHECK NO | DEPOSIT |
| | HITCH | | | 296.00 | | | | ACCIDENT | 8.27 | EESOCSEC | 1207.61 | 1092.92 | 67.76 | GROSS | 1207.61 |
| | | | | | | | | CI | 24.93 | GA STATE | 1207.61 | 1056.69 | 54.94 | NET TOT | 758.76 |
| | | | | | YTD EARN | | 45203.73 | DENPRETX | 8.15 | | | | | DIR DEP | 758.76 |
| | | | | | | | | MEDPRETX | 103.00 | | | | | CHK TOT | 0.00 |
| | | | | | | | | UNV LIFE | 12.34 | | | | | | |
| | | | | | | | | Vision | 3.54 | | | | | | |
| | | | | | | | | ACH-CHKG | 708.76 | | | | | | |
| | | | | | | | | ACH-CHKG | 50.00 | | | | | | |
| * EMPLOYEE TOTALS * | OVERT-OT | | 490.000 | 4104.23 | | | | 401K % | 903.13 | F.I.T. | 30102.83 | 26217.76 | 2019.20 | GROSS | 30102.83 |
| | REGULAR | | 1490.000 | 19370.00 | | | | 401K IN | 623.88 | MHI | 30102.83 | 27120.89 | 393.26 | NET TOT | 18962.82 |
| | HOLIDAY | | 24.000 | 312.00 | | | | ACCIDENT | 215.02 | EESOCSEC | 30102.83 | 27120.89 | 1681.51 | DIR DEP | 18962.82 |
| | HITCH | | | 5800.60 | | | | CI | 648.18 | GEORGIA | 30102.83 | 26217.76 | 1353.05 | CHK TOT | 0.00 |
| | PROD | | | 100.00 | | | | DENPRETX | 211.90 | | | | | | |
| | VACATION | | 32.000 | 416.00 | | | | MEDPRETX | 2678.00 | | | | | | |
| | | | | | | | | UNV LIFE | 320.84 | | | | | | |
| | | | | | | | | Vision | 92.04 | | | | | | |
| | | | | | | | | ACH-CHKG | 18962.82 | | | | | | |

## SONLAND FOOD SERVICE, INC.
### Payroll Register
### For the Period From Apr 1, 2018 to Sep 30, 2018

Filter Criteria includes: 1) Employee IDs from JESSICA R. CORDERO to JESSICA R. CORDERO. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No<br>Reference<br>Date | Pay Ty | Pay | Pay Amt | Amount | Gross<br>St_Income<br>GARNISH<br>AUTOLOA<br>St_Unemp | Fed_Inco<br>AFLAC<br>VAC_Accr<br>Soc_Sec_<br>St2_Unem | Soc_Sec<br>EMPLOA<br>VAC_Re<br>Medicare | MEDICAR<br>CHILDSU<br>VAC_Tak<br>Fed_Une |
|---|---|---|---|---|---|---|---|---|
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27013<br>7/2/18 | Regula | 32.96 | 362.56 | 225.64 | 362.56<br>-12.33<br><br><br> | -13.18<br>-33.67<br><br>-22.48<br> | -22.48<br>-50.00<br><br>-5.26<br> | -5.26<br><br><br><br> |
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27019<br>7/9/18 | Regula | 23.90 | 262.90 | 149.56 | 262.90<br>-6.35<br><br><br> | -3.21<br>-33.67<br><br>-16.30<br> | -16.30<br>-50.00<br><br>-3.81<br> | -3.81<br><br><br><br> |
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27041<br>7/16/18 | Regula | 36.16 | 397.76 | 252.52 | 397.76<br>-14.44<br><br><br> | -16.70<br>-33.67<br><br>-24.66<br> | -24.66<br>-50.00<br><br>-5.77<br> | -5.77<br><br><br><br> |
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27051<br>7/23/18 | Regula | 38.75 | 426.25 | 274.03 | 426.25<br>-16.15<br><br><br> | -19.79<br>-33.67<br><br>-26.43<br> | -26.43<br>-50.00<br><br>-6.18<br> | -6.18<br><br><br><br> |
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27061<br>7/30/18 | Regula | 33.61 | 369.71 | 231.11 | 369.71<br>-12.76<br><br><br> | -13.89<br>-33.67<br><br>-22.92<br> | -22.92<br>-50.00<br><br>-5.36<br> | -5.36<br><br><br><br> |
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27077<br>8/6/18 | Regula | 39.45 | 433.95 | 279.76 | 433.95<br>-16.61<br><br><br> | -20.72<br>-33.67<br><br>-26.90<br> | -26.90<br>-50.00<br><br>-6.29<br> | -6.29<br><br><br><br> |
| JESSICA R. COR<br>JESSICA R. COR<br>XXX-XX-8707<br>27092<br>8/13/18 | Regula | 38.76 | 426.36 | 274.11 | 426.36<br>-16.16<br><br><br> | -19.81<br>-33.67<br><br>-26.43<br> | -26.43<br>-50.00<br><br>-6.18<br> | -6.18<br><br><br><br> |

## SONLAND FOOD SERVICE, INC.
### Payroll Register
### For the Period From Apr 1, 2018 to Sep 30, 2018

Filter Criteria includes: 1) Employee IDs from JESSICA R. CORDERO to JESSICA R. CORDERO. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Ty | Pay | Pay Amt | Amount | Gross / St_Income / GARNISH / AUTOLOA / St_Unemp | Fed_Inco / AFLAC / VAC_Accr / Soc_Sec_ / St2_Unem | Soc_Sec / EMPLOA / VAC_Re / Medicare | MEDICAR / CHILDSU / VAC_Tak / Fed_Une |
|---|---|---|---|---|---|---|---|---|
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27110 / 8/20/18 | Regula | 39.38 | 433.18 | 279.17 | 433.18 / -16.57 | -20.63 / -33.67 / / -26.86 | -26.86 / -50.00 / / -6.28 | -6.28 |
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27115 / 8/27/18 | Regula | 35.79 | 393.69 | 299.41 | 393.69 / -14.20 | -16.29 / -33.67 / / -24.41 | -24.41 / -50.00 / / -5.71 | -5.71 |
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27133 / 9/4/18 | Regula | 31.32 | 344.52 | 211.86 | 344.52 / -11.25 | -11.38 / -33.67 / / -21.36 | -21.36 / -50.00 / / -5.00 | -5.00 |
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27160 / 9/10/18 | Regula | 20.95 | 230.45 | 124.74 | 230.45 / -4.41 | / -33.67 / / -14.29 | -14.29 / -50.00 / / -3.34 | -3.34 |
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27160V / 9/10/18 | Regula | -20.9 | -230.45 | -124.74 | -230.45 / 4.41 | / 33.67 / / 14.29 | 14.29 / 50.00 / / 3.34 | 3.34 |
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27162 / 9/10/18 | Regula | 20.95 | 230.45 | 174.74 | 230.45 / -4.41 | / -33.67 / / -14.29 | -14.29 / / / -3.34 | -3.34 |
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27167 / 9/17/18 | Regula | 35.81 | 393.91 | 249.59 | 393.91 / -14.21 | -16.31 / -33.67 / / -24.42 | -24.42 / -50.00 / / -5.71 | -5.71 |

## SONLAND FOOD SERVICE, INC.
### Payroll Register
### For the Period From Apr 1, 2018 to Sep 30, 2018

Filter Criteria includes: 1) Employee IDs from JESSICA R. CORDERO to JESSICA R. CORDERO. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Ty | Pay | Pay Amt | Amount | Gross / St_Income / GARNISH / AUTOLOA / St_Unemp | Fed_Inco / AFLAC / VAC_Accr / Soc_Sec_ / St2_Unem | Soc_Sec / EMPLOA / VAC_Re / Medicare | MEDICAR / CHILDSU / VAC_Tak / Fed_Une |
|---|---|---|---|---|---|---|---|---|
| JESSICA R. COR / JESSICA R. COR / XXX-XX-8707 / 27179 / 9/24/18 | Regula | 35.02 | 385.22 | 242.94 | 385.22 / -13.69 | -15.45 / -33.67 / / -23.88 | -23.88 / -50.00 / / -5.59 | -5.59 |
| Summary Total / 4/1/18 thru 6/30/18 | Regula / Overti | 513.4 / 8.11 | 5,648.06 / 133.82 | 3,826.97 | 5,781.88 / -215.01 / / / -41.73 | -259.87 / -437.71 / / -358.48 | -358.48 / -600.00 / / -83.84 | -83.84 / / / -11.10 |
| Summary Total / 7/1/18 thru 9/30/18 | Regula | 441.8 | 4,860.46 | 3,144.44 | 4,860.46 / -169.13 | -187.36 / -437.71 / / -301.34 | -301.34 / -550.00 / / -70.48 | -70.48 |
| Report Date Final / 4/1/18 thru 9/30/18 | Regula / Overti | 955.3 / 8.11 | 10,508.5 / 133.82 | 6,971.41 | 10,642.34 / -384.14 / / / -41.73 | -447.23 / -875.42 / / -659.82 | -659.82 / -1,150.00 / / -154.32 | -154.32 / / / -11.10 |